UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**ELI YADIEL ACEVEDO AYALA**, et al.,

    Plaintiffs,

v.                                                           2:24-cv-1166-SPC-NPM

**LEE COUNTY SHERIFF DEPARTMENT**, et al.,

    Defendants.

---

# ORDER

This case was removed to federal court on December 23, 2024. (Doc. 1). But since that date, all orders and notices sent to the three pro se plaintiffs have been returned as undeliverable. (Docs. 14-20). Pro se plaintiffs have a duty to prosecute their case diligently, and this includes keeping the court apprised of their current mailing addresses.

To avoid dismissal, each plaintiff must file a notice of proper address and sign it in accordance with Rule 11. This rule also requires plaintiffs to disclosure their current phone numbers and email addresses. Plaintiffs must file their notices by January 31, 2025, or their case may be dismissed.

Defense counsel is directed to transmit a copy of this order to plaintiffs via any and all addresses (both postal and email) that defense counsel may have for the plaintiffs. Defense counsel must file a notice of compliance by January 17, 2025. To the extent that defense counsel has any address information (both postal and email)

for the plaintiffs other than the 147 Aurora Lane address, defense counsel must also send copies of the notice of removal (Doc. 1) and motion to dismiss (Doc. 13) to those addresses.

**ORDERED** on January 9, 2025

_____
NICHOLAS P. MIZELL
United States Magistrate Judge