UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ELI YADIEL ACEVEDO AYALA,
ELI F. ACEVEDO MARIN and
LUIS ENRIQUE CEDENO,

      Plaintiffs,

v.                        Case No.:  2:24-cv-1166-SPC-NPM

LEE COUNTY SHERIFF
DEPARTMENT, CARMINE
MARCENO and JEFFREY J.
BASTEDO,

      Defendants.

_____/

**OPINION AND ORDER**

This matter comes before the Court on a *sua sponte* review of the file.

Plaintiffs brought this action, pro se, under 42 U.S.C. § 1983 in state court.

(Doc. 10).  Defendants then removed the case here.  (Doc. 1).  In the Complaint,

all Plaintiffs list the same home address.  This is the only contact information

available to the Court and Defendants.[1]

The Court has attempted to send Plaintiffs several notices and orders at

the given address, each of which have been returned as "unable to forward."

Apparently, Plaintiffs no longer live at the provided address.  Defendants also

---

[1] Defendants have certified they have no other contact information for Plaintiffs.  (Doc. 23).

filed a motion to dismiss, which they have been unable to forward to Plaintiffs or confer for 3.01(g) purposes.  (Docs. 13, 22).

On January 9, 2025, the Court ordered Plaintiffs to provide an updated address by January 31 or risk dismissal of this case.  As expected, this Order was also returned.  So the Court is in a predicament.  On the one hand, Plaintiffs are likely unaware this case is pending in federal court given they filed in state court and have not received notice of the removal.  On the other hand, it is Plaintiffs' obligation to provide the court (state and federal) with updated contact information.[2]  But, at the end of the day, this case cannot proceed without Plaintiffs.  As such, Plaintiffs' case is dismissed.  *See Pettiway v. Nixon*, No. 2:21-CV-165-WHA-KFP, 2021 WL 5043389, at \*1 (M.D. Ala. Oct. 5, 2021), *report and recommendation adopted*, 2021 WL 5042451 (Oct. 29, 2021) (dismissing the plaintiff's case for failure to provide a current address).

Accordingly, it is now

**ORDERED:**

1.  This action is **DISMISSED** without prejudice.

2.  The Clerk is **DIRECTED** to deny all pending motions as moot, terminate any deadlines, and close the case.

---

[2] Out of an abundance of caution, the Court reviewed the state-court docket.  Since Defendants removed the case, Plaintiffs have not filed anything in state court or provided the state court with an updated address.

**DONE** and **ORDERED** in Fort Myers, Florida on February 6, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

3